DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JACKIELINE E. MARTINEZ,**
Appellant,

v.

**INEZ D. MARTINEZ,**
Appellee.

No. 4D16-4130

[February 1, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Timothy L. Bailey, Judge; L.T. Case No. FMCE03-023876 (41/92).

Michael Garcia of Michael Garcia, P.A., Fort Lauderdale, for appellant.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

GROSS, FORST and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***